IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAEQUON D. ALLEN,

    Petitioner,

  v.

Case No. 20-cv-20-wmc

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Raequon D. Allen dismissing Allen's petition under 28 U.S.C. § 2255 for lack of authorization as a second or successive application.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | October 4, 2021 |
| Peter Oppeneer, Clerk of Court | Date |